# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Adam Michael Brown, | ) | Case No. 1:17-cv-056 |
| Defendant. | ) | |

The court was advised by the Pretrial Services Officer on December 20, 2017, that defendant has been accepted into an inpatient treatment program at Prairie St. John's in Fargo, North Dakota. Consequently, the court on its own motion **DISMISSES** the petition for action on defendant's conditions of pretrial release and quashes the arrest warrant for defendant. That being said, the court has been informed that defendant has not been very cooperative with the Pretrial Services Officer (including being verbally abusive) and that he has so far exhibited a poor attitude in his initial hours at inpatient treatment. If defendant's attitude does not improve the court will simply remand him to custody. Defendant's counsel is **ORDERED** to discuss with defendant his precarious situation.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court